IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

MARY BROWN                                          :
638 Mount Lubentia Court East
Upper Marlboro, Maryland 20774                      :

                      Plaintiff     :

v.                                                  :   **Case No.:**

WASHINGTON METROPOLITAN                             :
AREA TRANSIT AUTHORITY
Serve: General Counsel                              :
600 5th Street, N.W.
Washington, D.C. 20001                              :

                      Defendant     :

## COMPLAINT

Plaintiff, Mary Brown, by her attorney, Richard L. Jaklitsch, hereby files a suit against the Defendant, Washington Metropolitan Area Transit Authority, and for reasons, states as follows:

## INTRODUCTION

1. On or about February 10, 2024, Plaintiff, Mary Brown, was a business invitee at the Defendant's Benning Road station located in Southeast Washington, D.C (the "Station").

2. Plaintiff was ascending on the escalator at the Station when the escalator suddenly and violently jerked Plaintiff, resulting in Plaintiff falling backwards and down the escalator.

3. At all relevant times herein, Plaintiff was exercising due care and was free of negligence.

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

2

## COUNT I

4. Plaintiff realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant was the proximate cause of the accident in that said Defendant failed to maintain the duty of care owed by a business owner to invitees like Plaintiff, which is to maintain the premises in a reasonably safe condition.

6. A malfunctioning escalator posed an unreasonable risk of harm to invitees like Plaintiff and that Defendant failed to take reasonable measures to address or warn of this hazard, and was otherwise careless and negligent, thereby causing harm to Plaintiff.

7. As a result of the negligence of said Defendant, Plaintiff did suffer great pain and permanent injury, mental anguish, loss of income, property damage, and has incurred and in the future will incur medical expenses.

WHEREFORE, Plaintiff, Mary Brown, demands judgment against said Defendant in a sum over and above Seventy-Five Thousand Dollars ($75,000.00).

THE JAKLITSCH LAW GROUP

_____
Richard L. Jaklitsch
AIS#: 8312010222
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@BigDogLaw.net          /tgb

## DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

_____  /tgb
Richard L. Jaklitsch

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772

(301) 627-8700